■ In the Matter of RONALD M. ACKRIDGE, Petitioner, v SUSAN CACACE, Respondent. [20 NYS3d 893]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent, Susan Cacace, an Acting Justice of the Supreme Court, Westchester County, to determine a petition for a writ of habeas corpus in a proceeding entitled *People ex rel. Ackridge v Diaz*, pending in the Supreme Court, Westchester County, under index No. 14-0685, and application by the petitioner for poor person relief.

Ordered that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied; and it is further,

Adjudged that the petition is denied as academic and the proceeding is dismissed, without costs or disbursements.

The instant proceeding has been rendered academic in light of the determination of the subject petition in an order of the

Supreme Court, Westchester County, dated March 17, 2015. Dillon, J.P., Austin, Roman and Barros, JJ., concur.